## 7948. HUNT v. THE STATE.

LUKE, J. **1.** Upon the trial of one charged with a violation of section 416 of the Penal Code (1910) it was not error for the court to refuse to charge the jury: "If you believe, from the evidence, that this defendant was the proprietor of the Dempsey barber-shop in this county, and that between the 20th day of July, 1915, and the 16th day of April, 1916, he, at said barber-shop, by himself or agents, furnished shaves and hair-cuts to the guests of the Dempsey Hotel and others on the Sabbath, it would be a question of fact for you to determine whether, under all the circumstances of the case, the furnishing by the defendant of such was a work of necessity or charity. The word 'necessity,' as used in the statute, means not a physical and absolute necessity, but a moral fitness or propriety of the work and labor done, under the circumstances of each particular case." *McCain* v. *State*, 2 *Ga. App.* 389 (58 S. E. 550).

2. On review this court refuses to overrule or modify the decision of this court in *McCain* v. *State*, supra.

3. The verdict having been demanded by the evidence, and the assignments of error being without merit, the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED MARCH 13, 1917.

Indictment for misdemeanor; from city court of Macon—Judge Guerry. October 16, 1916.

*W. A. McClellan,* for plaintiff in error. *John P. Ross, solicitor-general, Will Gunn, solicitor, W. D. McNeil,* contra.